973 A.2d 409

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dwayne BROWN, Petitioner.**

**No. 44 EM 2009.**

Supreme Court of Pennsylvania.

May 27, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.**